VAN DE CARR SPICE COMPANY, Appellant, *v.* FREDERICK COOK et al., Respondents.

*Van De Carr Spice Co.* v. *Cook,* 93 App. 606, affirmed.
(Argued December 12, 1905; decided January 9, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 25, 1904, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

*Percival De Witt Oviatt* for appellant.

*Joseph W. Taylor* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

SARAH D. THOMPSON, as Administratrix of the Estate of VIRGIL D. THOMPSON, Deceased, Appellant, *v.* METROPOLITAN STREET RAILWAY COMPANY, Respondent.

*Thompson* v. *Metropolitan Street Ry. Co.*, 103 App. Div. 595, affirmed.
(Argued December 12, 1905; decided January 9, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 18, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*Joseph F. Daly, Bayard H. Ames* and *Henry A. Robinson* for respondent.

Judgment affirmed, with costs, no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Not sitting: GRAY, J.